UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20098-CIV-GOLD/DUBÉ

ROGELIO R. OLIVER,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on the Amended Writ of Mandamus (D.E. #7) and Motions to Strike Counts I, II, III, V, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, and XVI. (D.E. #8, #9, #10, #11, #12, #17, #18, #19). After reviewing the motions and the file in this cause, it is **ORDERED** as follows:

(1)    The Motions to Strike filed by the Plaintiff (D.E. #8, #9, #10, #11, #12, #17, #18, #19) are **GRANTED**.

(2)    Counts I, II, III, V, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, and XVI (D.E. #8, #9, #10, #11, #12, #17, #18, #19) are hereby **STRICKEN**.

**DONE AND ORDERED** this __21__ day of April, 2008.

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE

cc:    Honorable Alan S. Gold
       Maureen Donlan, AUSA
       Rogelio Ramon Oliver, Esq.