UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20098-CIV-GOLD/DUBÉ

ROGELIO R. OLIVER,

     Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

     Defendant.

_____/

## ORDER FOR BRIEFING

THIS CAUSE is before the Court on the Amended Writ of Mandamus (D.E. #7). On February 22, 2008, this Court issued an Order requiring the Defendant to file a Response to the Amended Writ of Mandamus.[1] In its Response, the government stated, among other things, that it required "additional time in order to resolve the issues raised." Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1)    The Defendant shall have until **2:00 p.m. on Friday, April 25, 2008** to file and deliver to opposing counsel a Response to the remaining Counts on the Amended Writ of Mandamus.

(2)    The Plaintiff shall have until **2:00 p.m. on Tuesday, April 29, 2008** to file and deliver to opposing counsel a Reply in support of the remaining counts on the Amended Writ of Mandamus.

---

[1] This Court notes that the remaining Counts on the Amended Writ of Mandamus are Counts IV, VI and XVII.

**DONE AND ORDERED** this _____**21**_____ day of April, 2008.

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE

cc:    Honorable Alan S. Gold
       Maureen Donlan, AUSA
       Rogelio Ramon Oliver, Esq.