UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20098-CIV-GOLD/DUBÉ

ROGELIO R. OLIVER,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE ROBERT L. DUBÉ; CLOSING CASE

THIS CAUSE is before the Court upon United States Magistrate Judge Robert L. Dubé's Report and Recommendations on Petitioner's Writ of Mandamus [DE 27], issued on May 1, 2008 (hereinafter, the "Report"). In the Report, the Magistrate Judge recommends that the case be dismissed and that the Petitioner's request for costs be denied. The Magistrate Judge bases its recommendation on the fact that the parties agree that all the attorney's fees owed to date have been paid, and that the case should be dismissed. (Report at p. 2). Moreover, on April 21, 2008 and April 30, 2008, this Court entered two orders [DE 20 & 26] granting the Petitioner's Motions to Strike all seventeen counts in the case. As a result, no claims are pending. The parties have not filed any objections to the Report and the time for doing so has expired. Upon a review of the Report, the record and applicable case law, as well as noting that no objections have been filed, it is hereby:

ORDERED AND ADJUDGED:

1.     The Report and Recommendations [DE 27] is AFFIRMED AND ADOPTED.

2.     Petitioner's Writ of Mandamus [DE 1] is DISMISSED.

3. All other pending motions are DENIED AS MOOT.

4. The Clerk of Court is instructed to CLOSE this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 19 day of May, 2008.

THE HONORABLE ALAN S. GOLD
U.S. DISTRICT COURT JUDGE

cc:
U.S. Magistrate Judge Robert L. Dubé
All counsel of record

From chambers via U.S. Mail:
Rogelio R. Oliver, *pro se*
PO Box 651739
Miami, FL 33265-1739